IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § *Plaintiff,* § § v. § § 3.572 ACRES OF LAND, MORE OR § LESS, SITUATE IN WEBB COUNTY, § STATE OF TEXAS; AND GUILLERMO § CALDERA, § § *Defendants.* § | CASE NO. 5:20-CV-039 |

**NOTICE OF SUBSTITUTION OF LEAD COUNSEL FOR THE UNITED STATES**

Please take notice that the undersigned Assistant United States Attorney, P. Conner Kirtley, is hereby designated as Lead Counsel in this matter in place of Assistant United States Attorney Alexander N. DerGarabedian. Alexander N. DerGarabedian hereby withdraws as counsel and requests that he be terminated as counsel for the United States on the Court's docket. Alexander N. DerGarabedian further requests that he no longer receive ECF notifications in this case.

                                  Respectfully submitted,

                                  **RYAN K. PATRICK**
                                  United States Attorney
                                  Southern District of Texas

By:    *s/P. Conner Kirtley*
            **P. CONNER KIRTLEY**
            Assistant United States Attorney
            Southern District of Texas No. 3563689
            Oklahoma Bar No. 32440
            11204 McPherson Road, Suite 100A
            Laredo, Texas 78045
            Telephone: (956) 723-6523
            E-mail: Philip.Kirtley@usdoj.gov
            Attorney for Plaintiffs

            And

            *s/ Alexander N. DerGarabedian/ permission by P. Conner Kirtley*
            **ALEXANDER N. DERGARABEDIAN**
            Assistant United States Attorney
            Southern District of Texas No. 3381593
            New York Bar No. 5103577
            1701 W. Bus. Highway 83, Suite 600
            McAllen, TX 78501
            Telephone:  956-992-9380
            Facsimile: (956) 618-8016
            E-mail: alexander.dergarabedian@usdoj.gov
            Attorney in Charge for Plaintiff

## **CERTIFICATE OF SERVICE**

I, P. Conner Kirtley, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on February 1, 2021 this document will be served via ECF.

By:  *s/ P. Conner Kirtley*
**P. Conner Kirtley**
Assistant United States Attorney