# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CIVIL ACTION NO. 5:20-CV-39 |
| § | |
| **3.572 ACRES OF LAND, MORE OR** § | |
| **LESS, SITUATED IN WEBB COUNTY,** § | |
| **STATE OF TEXAS, ET AL.,** § | |
| § | |
| Defendants. § | |

## ORDER

The Court held a status conference in this case on September 29, 2021. (Min. Entry Sept. 29, 2021). At the status conference, the Government stated that it intends to proceed with a right of entry to conduct an environmental study. (*Id.*). The Government also announced that the purpose of the right of entry will no longer be for the potential acquisition of the property. (*Id.*).

The Court **ORDERS** the parties to confer regarding this case. The Court further **ORDERS** the parties to file a joint advisory by **November 1, 2021** regarding the parties' efforts to resolve the case. Specifically, the advisory must state whether the parties anticipate reaching a resolution of this matter, or whether the parties anticipate proceeding with litigation as to any unresolved issues. If the parties are not able to reach an agreement to resolve the case, they shall also submit a proposed scheduling order with the advisory.

It is so **ORDERED**.

**SIGNED** on October 1, 2021.

John A. Kazen
United States Magistrate Judge